Argued and submitted March 6, reversed and remanded April 6, 1983

## STATE OF OREGON,
*Appellant,*

*v.*

## JAMES B. THORNTON,
*Respondent.*

(CT 82-1392 and CT 82-1396; CA A26186)

661 P2d 555

Robert E. Barton, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Dave Frohnmayer, Attorney General, and William F. Gary, Solicitor General, Salem.

Ronald K. Cox, Assistant Public Defender, Coquille, argued the cause and filed the brief for respondent.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM.

## PER CURIAM

The trial judge's ruling in this criminal case that a police officer's request to see defendant's driver's license, after the officer had pulled in behind defendant's apparently-disabled vehicle, was an impermissible "stop" of defendant is incorrect, as is the court's order suppressing evidence based upon that conclusion. *See State v. Kennedy,* 290 Or 493, 497, 624 P2d 99 (1981).

The trial court order suppressing evidence is reversed, and the case is remanded for trial.